# NO. 12-18-00241-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *THE STATE OF TEXAS FOR* | *§* | *APPEAL FROM THE* |
| *THE BEST INTEREST AND* | *§* | *COUNTY COURT AT LAW* |
| *PROTECTION OF C.C.,* | *§* | *CHEROKEE COUNTY, TEXAS* |

## *MEMORANDUM OPINION*
## *PER CURIAM*

This appeal is being dismissed for failure to comply with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.3. Pursuant to Rule 32.1, Appellant's docketing statement was due to have been filed at the time the appeal was perfected, i.e., September 6, 2018. On September 7, 2018, this Court requested that Appellant file a docketing statement within ten days if he had not already done so. Appellant did not file the docketing statement as requested.

On September 25, this Court issued a second notice advising Appellant that the docketing statement was past due. The notice further provided that unless the docketing statement was filed on or before October 5, the appeal would be presented for dismissal in accordance with Texas Rule of Appellate Procedure 42.3. The date for filing the docketing statement has passed, and Appellant has not complied with the Court's request.

Because Appellant has failed, after notice, to comply with Rule 32.1, the appeal is *dismissed*. *See* TEX. R. APP. P. 42.3(c).

Opinion delivered October 17, 2018.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

### OCTOBER 17, 2018

### NO. 12-18-00241-CV

### THE STATE OF TEXAS FOR THE
### BEST INTEREST AND PROTECTION OF C.C.

Appeal from the County Court at Law

of Cherokee County, Texas (Tr.Ct.No. 42,471)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this Court that this appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that this appeal be, and the same is, hereby **dismissed**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*